TONY WEST
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
SAMUEL P. GO
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS
Trial Attorney, ILBN 6283101

    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 305-0899; Fax: 616-8962

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKEEL KISSANA and GHULAM MUSTAFA NASSEEM,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, Secretary of State; JANICE L. JACOBS, Assistant Secretary for Consular Affairs, Department of State; EDWARD J. RAMOTOWSKI, Managing Director, Visa Office, Department of State; LISA BARKER, Director, National Visa Center, Department of State; U.S. EMBASSY, Pakistan; CAMERON MUNTER, Ambassador, U.S. Embassy, Pakistan; CHRISTOPHER J. RICHARD, Consul General, U.S. Embassy, Islamabad, Pakistan; WILLIAM MARTIN, Consul General, U.S. Embassy, Karachi, Pakistan; ELIZABETH H. ROOD, Consul General, U.S. Embassy, Peshawar, Pakistan; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary, Department of Homeland Security; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director, Federal Bureau of Investigation,<br><br>    Defendants. | 2:11-CV-1222-JAM-EFB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' RESPONSE TIME AND TO EXTEND THE PARTIES' TIME TO FILE THEIR JOINT STATUS REPORT** |

       On May 4, 2011, Plaintiffs filed their Complaint in this immigration action.  On or about May 9, 2011, the United States Attorney's Office was served with the Complaint.  Defendants' answer is currently due July 8, 2011.  Pursuant to the Court's order dated May 6, 2011, the parties' joint status report is also due July 8, 2011.

During the week of June 27, 2011, it became apparent that the Government's administrative action regarding Plaintiffs' visa petition and application was continuing and could lead to resolution of this matter without judicial intervention.

In emails on June 30, July 1, and July 5, 2011, counsel for the parties discussed the possibility that this matter could resolve itself administratively. Given this possibility, counsel for both parties agreed that a 45-day extension of Defendants' date to answer or otherwise respond to the Complaint would be beneficial. Counsel for both parties also agreed that a 45-day extension of the filing date for the parties' joint status report would also be beneficial.

As such, and pursuant to L.R. 144, the parties hereby stipulate to extend by forty-five (45) days the time for Defendants to answer the Complaint and the time for the parties to file their joint status report, which will extend both dates from July 8, 2011, to August 22, 2011.

Dated: July 6, 2011    Respectfully submitted,

TONY WEST
Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

SAMUEL P. GO
Senior Litigation Counsel

By:    /s/ *Christopher W. Hollis*
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
District Court Section
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (fax)
christopher.hollis@usdoj.gov

COUNSEL FOR DEFENDANTS

Dated: July 6, 2011    /s/ *Ruby E. Lieberman*
Ruby Esther Lieberman
Law Office of Ruby Lieberman
369 Pine Street, Ste. 725
San Francisco, CA 94104
(415) 362-5158; 693-9411 (fax)
rubylieberman@sbcglobal.net

COUNSEL FOR PLAINTIFFS

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the Defendants' answer and the joint status report are due on August 22, 2011.

IT IS SO ORDERED.

DATED:   July 6, 2011                                                 /s/ John A. Mendez
                                                                                    UNITED STATES DISTRICT JUDGE