# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEEL KISSANA and GHULAM MUSTAFA NASSEEM,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, Secretary of State; JANICE L. JACOBS, Assistant Secretary for Consular Affairs, Department of State; EDWARD J. RAMOTOWSKI, Managing Director, Visa Office, Department of State; LISA BARKER, Director, National Visa Center, Department of State; U.S. EMBASSY, Pakistan; CAMERON MUNTER, Ambassador, U.S. Embassy, Pakistan; CHRISTOPHER J. RICHARD, Consul General, U.S. Embassy, Islamabad, Pakistan; WILLIAM MARTIN, Consul General, U.S. Embassy, Karachi, Pakistan; ELIZABETH H. ROOD, Consul General, U.S. Embassy, Peshawar, Pakistan; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary, Department of Homeland Security; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director, Federal Bureau of Investigation,<br><br>Defendants. | 2:11-CV-1222-JAM-EFB<br><br>**ORDER** |

Pursuant to the parties' Second Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that Defendants' answer and the joint status report are due on September 21, 2011.

IT IS SO ORDERED.

DATED: August 19, 2011           /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE