# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

SHAKEEL KISSANA and GHULAM MUSTAFA NASSEEM,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, Secretary of State; JANICE L. JACOBS, Assistant Secretary for Consular Affairs, Department of State; EDWARD J. RAMOTOWSKI, Managing Director, Visa Office, Department of State; LISA BARKER, Director, National Visa Center, Department of State; U.S. EMBASSY, Pakistan; CAMERON MUNTER, Ambassador, U.S. Embassy, Pakistan; CHRISTOPHER J. RICHARD, Consul General, U.S. Embassy, Islamabad, Pakistan; WILLIAM MARTIN, Consul General, U.S. Embassy, Karachi, Pakistan; ELIZABETH H. ROOD, Consul General, U.S. Embassy, Peshawar, Pakistan; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JANET NAPOLITANO, Secretary, Department of Homeland Security; ALEJANDRO MAYORKAS, Director, United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

2:11-CV-1222-JAM-EFB

**ORDER**

Pursuant to the parties' Joint Stipulation to Dismiss the petition, IT IS HEREBY ORDERED that the petition is dismissed with prejudice with each side bearing its own costs and fees.

IT IS SO ORDERED.

DATED: September 2, 2011        /s/ John A. Mendez
                                          UNITED STATES DISTRICT COURT JUDGE